MORRIS A. JACOBSON, Appellant, v. AUGUSTUS L. REYNOLDS, Respondent.— Order granting defendant's motion for summary judgment dismissing the amended complaint on the ground that it fails to state a cause of action and directing cancellation of notice of pendency of action, reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Counsel for defendant, respondent, does not appear on this appeal, or file points in support of the order, and there was no opinion or memorandum at Special Term indicating the reasons for the decision. The objections to the amended complaint stated in the moving affidavit are mostly trivial, and are satisfactorily answered in detail in plaintiff's affidavit in opposition to the motion. Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ., concur.

LUKASZ LUKAWSKI, Appellant, v. JAMES DEVLIN, Respondent.— Judgment reversed upon the law, with costs, and judgment directed for plaintiff for the relief prayed for in the complaint, with costs. The memorandum in writing in the case before us satisfies all the requirements of the statute, and is a valid contract for the sale of real property. (See Real Prop. Law, § 259; *Pelletreau* v. *Brennan*, 113 App. Div. 806; *Quinto* v. *Alexander*, 123 id. 1; *Fox* v. *Hawkins*, 150 id. 801; *Tobias* v. *Lynch*, 192 id. 54.) Findings in accordance with the judgment of this court may be submitted. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS HUGHES and Others, Appellants, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals of the City of New York, and Another, Respondents, Impleaded with Another, Defendant.— Order dismissing writ of certiorari and confirming determination of the board of appeals unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

PAUL RILLY, Respondent, v. SWIFTSURE OIL TRANSPORTATION COMPANY, Defendant, Impleaded with C. D. MALLORY & COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The situation disclosed by the record was brought about by the appellant's own acts, and it is not entirely clear that the application is made in good faith, and not for the purpose of delay or to avoid responsibility for the claim. It is not a question of inconvenience, where no injustice would result, and where costs would compensate, but one where a substantial right would be impaired, and where justice requires, in the exercise of a proper discretion, a denial of the motion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

GEORGE ROSENBERG and Another, Respondents, v. HELENA ROSENBAUM, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

ABRAHAM C. ROTHSTEIN, Appellant, v. ROSEVILLE BUILDING COMPANY, INC., and Others, Defendants, Impleaded with JOSEPH SPATT, Respondent.— Order of reference reversed on the law and the facts, without costs, and motion of defendant Spatt for direction of payment to him of the rents collected by the receiver denied, without costs, upon authority of *Sullivan* v. *Rosson* (223 N. Y. 217) and *Abrahams* v. *Berkowitz* (146 App. Div. 563). Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.